Howard Ripke, Administrator of Estate of Gustave Ripke, Deceased, Appellant, v. Charles J. Bernstein, Appellee.

Gen. No. 43,828.

opinion filed June 4, 1947; rehearing opinion filed November 19, 1947; modified and rehearing denied January 6, 1948; released for publication January 6, 1948. Shavin & Hamilton and Leo S. Karlin, for appellant; Leo S. Karlin, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; William H. Symmes, David Jacker and John M. O'Connor, Jr., of counsel. Opinion by JUSTICE KILEY. Not to be published in full.